Matter of Stanley (Commissioner of Labor) (2025 NY Slip Op 04205)

Matter of Stanley (Commissioner of Labor)

2025 NY Slip Op 04205

Decided on July 17, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 17, 2025

CV-23-0867
[*1]In the Matter of the Claim of Franklin Stanley, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 20, 2025

Before:Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ.

Franklin Stanley, Wurtsboro, appellant pro se.
Letitia James, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 12, 2022, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.
Decision affirmed. No opinion.
Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.